**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROWE PLASTIC SURGERY OF NEW JERSEY,
L.L.C., and EAST COAST PLASTIC SURGERY,
P.C.,

                     Plaintiffs,

    -against-                                     23 **CIVIL** 8514 (LJL)

## JUDGMENT

AETNA INSURANCE COMPANY,

                     Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 26, 2025, the motion to dismiss is GRANTED with prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

      June 27, 2025

                                                     **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                            **BY:**

                                                      **Deputy Clerk**